UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

Plaintiff

CRIMINAL NO. 2:13-cr-20459

v.

Michael Townsend

Defendant

FILED
JUN 24 2013
CLERK'S OFFICE
DETROIT

**APPEARANCE OF COUNSEL**

TO THE CLERK OF COURT:

Please enter my appearance as attorney on behalf of defendant Michael Townsend in the above-entitled case.

_____
Signature

Richard G. Convertino P62829
Printed name and P number

Convertino and Associates
424 N. Main St.
Address

Plymouth, MI 48170
City / State / Zip Code

(734) 927-9900
Telephone number

rgc@convertino.net
E-mail address

**PLEASE CHECK THE APPROPRIATE BOX**  ☒ Retained   ☐ CJA Appointment

Date: 6·24·13

(Rev. 3/2012)