UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

Plaintiff

CRIMINAL NO. 2:13-cr-20459

v.

__Michael Townsend__

Defendant

FILED
JUN 24 2013
CLERK'S OFFICE
DETROIT

## APPEARANCE OF COUNSEL

TO THE CLERK OF COURT:

Please enter my appearance as attorney on behalf of defendant __Michael Townsend__ in the above-entitled case.

__Lenore M. Ferber__
Signature

__Lenore M. Ferber   P24223__
Printed name and P number

__Convertino and Associates__
__424 N. Main St.__
Address

__Plymouth,   MI      48170__
City              State        Zip Code

__(734) 927-9900__
Telephone number

__lmf@convertino.net__
E-mail address

PLEASE CHECK THE APPROPRIATE BOX   ☒ Retained    ☐ CJA Appointment

Date: __6·24·13__

(Rev. 3/2012)